**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____       _____Caption [use short title]_____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:**_____ **OPPOSING PARTY:**_____

   ___Plaintiff         ___Defendant

   ___Appellant/Petitioner    ___Appellee/Respondent

**MOVING ATTORNEY:**_____**OPPOSING ATTORNEY:**_____

[name of attorney, with firm, address, phone number and e-mail]

_____ _____

_____ _____

_____ _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**            **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):  Has this request for relief been made below? ___Yes ___No
   ___Yes ___No (explain):_____   Has this relief been previously sought in this court? ___Yes ___No
   _____   Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
   ___Unopposed ___Opposed ___Don't Know
Does opposing counsel intend to file a response:
   ___Yes   ___No   ___Don't Know


Is oral argument on motion requested?     ___Yes ___No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?     ___Yes ___No If yes, enter date:_____

**Signature of Moving Attorney:**

_____**Date:**_____ Service by: ___CM/ECF ___Other [Attach proof of service]


**Form T-1080** (rev.12-13)

# 24-1436 (L)
## 24-1567 (XAP)

# In the United States Court of Appeals for the Second Circuit

ESTHER WILDER,
PLAINTIFF-APPELLANT-CROSS-APPELLEE

*v.*

SARAH HOILAND,
DEFENDANT-APPELLEE-CROSS-APPELLANT

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (CIV. NO. 22-721)

**APPELLEE-CROSS-APPELLANT SARAH HOILAND'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO APPELLANT-CROSS-APPELLEE ESTHER WILDER'S MOTION TO STRIKE**

GUY COHEN
DANIELLE C. ZOLOT
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
(212) 468-4800

Appellee-Cross-Appellant Sarah Hoiland, by and through her undersigned counsel, respectfully submits this motion pursuant to Local Rule 27.1(f), with consent from Appellant-Cross-Appellee Esther Wilder, to request a short extension of time – from January 31, 2025 to February 5, 2025 – to file her opposition to Wilder's Motion to Strike Improper Sur-Reply (the "Motion", Dkt. 50.1).

Hoiland requests this brief extension because her lead attorney, Guy Cohen, experienced a recent death in his family, which constitutes an "extraordinary circumstance" warranting an extension of time. *See* Local Rule 27.1(f)(1). Specifically, Mr. Cohen's father-in-law passed away on January 21, 2025; the funeral was on January 23; and the family sat shiva for several days, from Friday, January 24, through Tuesday, January 28. This has significantly limited Mr. Cohen's ability to draft and finalize Hoiland's opposition brief by January 31.

This is Hoiland's first request for an extension of time. As noted, Wilder has consented to this request. Accordingly, for the reasons stated above, Hoiland respectfully requests that her time to oppose the Motion be extended from January 31, 2025 to February 5, 2025.

Respectfully submitted,

*/s/ Guy Cohen*
Guy Cohen
Danielle C. Zolot
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 468-4800

*Counsel for Appellee-Cross-Appellant Sarah Hoiland*

Dated: January 29, 2025

2