## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007   Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1436 (L) / 24-1567 (XAP)

**Caption [use short title]**

**Motion for:** 30-day Extension of Time to File Petition for Rehearing and/or Rehearing En Banc

**Set forth below precise, complete statement of relief sought:**

The motion requests that the Court extend by 30 days, until April 25, 2025, the time for Appellant-Cross-Appellee Esther Wilder to File a Petition for Rehearing and/or Rehearing En Banc. Unless the time is extended, any such petition would be due on or before March 26, 2025. The motion is unopposed.

# Wilder v. Hoiland

**MOVING PARTY:** Appellant-Cross-Appellee Esther Wilder

**OPPOSING PARTY:** Appellee-Cross-Appellant Sarah Hoiland

[✓] Plaintiff    [ ] Defendant
[✓] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** Matthew Hersh

**OPPOSING ATTORNEY:** Guy Cohen

*[name of attorney, with firm, address, phone number and e-mail]*

Matthew Hersh, Mestaz Law,
5040 N. 40th Street, Suite 200, Phoenix AZ 85018
(602) 806 2076

Guy Cohen, Davis + Gilbert LLP
1675 Broadway, New York, NY 10019
(212) 468-4800

**Court-Judge/Agency appealed from:** Southern District of New York, Hon. P. Kevin Castel

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes   [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed   [ ] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [✓] No   [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [✓] Yes  [ ] No  If yes, enter date: Argument was held on February 20, 2025

**Signature of Moving Attorney:**

/s/ Matthew Hersh   **Date:** 3/20/25   Service by: [✓] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 24-1436 (L)
## 24-1567 (XAP)

# In the United States Court of Appeals for the Second Circuit

ESTHER WILDER,
PLAINTIFF-APPELLANT-CROSS-APPELLEE

*v.*

SARAH HOILAND,
DEFENDANT-APPELLEE-CROSS-APPELLANT

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (CIV. NO. 22-721)*

**UNOPPOSED MOTION OF APPELLANT-CROSS-APPELLEE ESTHER WILDER FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND/OR REHEARING *EN BANC***

MATTHEW HERSH
MESTAZ LAW
*5090 N. 40th Street
Suite 200
Phoenix, AZ 85018
(602) 806-2068*

Appellant-Cross-Appellee Esther Wilder respectfully moves for a 30-day extension of time, until April 25, 2025, to file a petition for panel rehearing and/or a petition for rehearing *en banc*. The judgment in this case was entered on March 12, 2025, and, unless the time is extended, a petition for rehearing would be due on or before March 26, 2025. Counsel for Respondent-Cross-Appellant Sarah Hoiland does not oppose the motion.

There is good cause for the requested extension. The undersigned is presently preparing for a two-month long trial in the summer, a summary judgment and *Daubert* hearing in that matter in the first week of April, a series of depositions in the same matter in the second week of April, and extensive discovery and motion practice in another matter throughout the latter half of March and April. A 30-day extension of time would ensure meaningful consideration and time to prepare any rehearing or *en banc* petition in this important case. Such an extension is also in line with the amount of time that is provided by default in appeals involving the federal government. *See* Fed. R. App. P. 40(a).

Respectfully submitted,

/s/ *Matthew Hersh*
Matthew Hersh
MESTAZ LAW
5090 N. 40th Street
Suite 200
Phoenix, AZ 85018
Telephone: (602) 806-2068

*Counsel for Appellant-Cross-Appellee Esther Wilder*

Dated: March 20, 2025

3

## CERTIFICATE OF SERVICE

I, Matthew Hersh, hereby certify that on March 20, 2025, I filed the foregoing UNOPPOSED MOTION OF APPELLANT-CROSS-APPELLEE ESTHER WILDER FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND/OR REHEARING EN BANC through this Court's CM/ECF system, that counsel for all parties are registered CM/ECF users, and that service of all parties will be accomplished through the CM/ECF system.

/s/ *Matthew Hersh*
*Counsel for Appellant-Cross-Appellee Esther Wilder*